# Attachment 1



